UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**04-10018 RGS**

FILED
IN CLERKS OFFICE

2004 JAN -5 A 11: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED VAN LINES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DANIEL TOBIN and<br>CHRISTINE CASSON,<br><br>*Defendants.* | CIVIL ACTION<br>NO. |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
(LOCAL RULE 7.3(A))**

Plaintiff United Van Lines, LLC states that it is a wholly owned subsidiary of Transportation Services Group, Inc., which is a privately held company.

UNITED VAN LINES, LLC

By its attorney,

December 31, 2003

_____
Wesley S. Chused (BBO# 083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

L:\7398\043\Pld\02