AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF **Massachusetts** _____

UNITED VAN LINES, LLC

V.

DANIEL TOBIN AND CHRISTINE CASSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10018 RGS

TO: (Name and address of defendant)   Christine Casson
19 Paisley Park, #2
Dorchester, MA 02124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wesley S. Chused, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
Tel. (617) 951-2800

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE   JAN - 6 2004

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

February 24, 2004

Suffolk, ss.

I hereby certify and return that on 1/22/2004 at 2:45:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Christine Casson, , 19 Paisley Park, #2, Dorchester, MA 02124. Basic Service Fee (LU) ($25.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $38.52

Deputy Sheriff Stanley Washington               Deputy Sheriff

---

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹

| DATE |
|---|
| |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date              Signature of Server

_____
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action