UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED VAN LINES, LLC, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION |
| DANIEL TOBIN and ) | NO. 04-10018-RGS |
| CHRISTINE CASSON, ) | |
| ) | |
| *Defendants.* ) | |

**PLAINTIFF'S CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

The Plaintiff, United Van Lines, LLC, and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

The Plaintiff and its counsel have conferred:

(a) with a view to establishing a budget for the cost of conducting a full-course – and various alternative courses – of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

UNITED VAN LINES, LLC


May 7, 2004           By: /s/ L. Joseph Garr, III
                          L. Joseph Garr, III, Claims Attorney

                      and

| | |
|---|---|
| May 11, 2004 | /s/  Wesley S. Chused<br>Wesley S. Chused (BBO #083520)<br>Attorney for United Van Lines, Inc.<br><br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA  02110<br>(617) 951-2800 |