UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED VAN LINES, LLC, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-10018-RGS |
| ) | |
| DANIEL TOBIN and ) | |
| CHRISTINE CASSON ) | |
| ) | |
| Defendants/Counterclaim Plaintiffs. ) | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned defendants, Daniel Tobin and Christine Casson, and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in United States District Court for the District of Massachusetts Local Rule 16.4.

_____
Daniel Tobin

_____
Christine Casson

_____
John F. Tocci, Esq., BBO# 562139
Merson & Lee, PC
171 Milk Street, Suite 400
Boston, Massachusetts 02109
(617) 399-7800

Dated: May ___, 2004