# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **UNITED VAN LINES, LLC,** ) | |
| ) | |
| **Plaintiff/ Counterclaim Defendant** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 04-10018-RGS** |
| ) | |
| **DANIEL TOBIN and** ) | |
| **CHRISTINE CASSON** ) | |
| ) | |
| **Defendants/ Counterclaim Plaintiffs** ) | |

_____)

## <u>NOTICE OF NAME, ADDRESS, E-MAIL ADDRESS</u>
## <u>AND TELEPHONE NUMBER CHANGE</u>

Pursuant to Rule 83.5.2(e) of the Local Rules of the United States Court for the District

of Massachusetts, John F. Tocci, counsel to the Defendants in the above-captioned matter,

Daniel Tobin and Christine Casson, hereby notifies this Court that, effective February 1, 2005

his firm name, address, e-mail address and telephone number will change as follows:

John F. Tocci, Esq.
Tocci, Goss & Lee, PC
35 India Street, 5th Floor
Boston, MA  02110
Tel: 617-542-6200
Fax: 617-542-6201
jtocci@lawtgl.com

Respectfully submitted,

DANIEL TOBIN
CHRISTINE CASSON

By their attorneys,


_____/S/ John F. Tocci_____
John F. Tocci, Esq., BBO# 562139
Merson & Lee, P.C.
171 Milk Street, Suite 400
Boston, Massachusetts 02109
Dated: January 21, 2005                    (617) 399-7800