UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED VAN LINES, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DANIEL TOBIN and<br>CHRISTINE CASSON,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 04-10018-RGS |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that all claims of the plaintiff in this action be dismissed with prejudice and without costs.

|  |  |
|---|---|
|  | Respectfully submitted. |
| DANIEL TOBIN and CHRISTINE CASSON<br>By their attorney, | UNITED VAN LINES, LLC<br>By its attorney, |
| */s/ John F. Tocci*<br>John F. Tocci (BBO #562139)<br>TOCCI, GOSS & LEE, PC<br>35 India Street, 5th Floor<br>Boston, MA 02110<br>(617) 542-6200 | */s/ Wesley S. Chused*<br>Wesley S. Chused (BBO #083520)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street, 9th Floor<br>Boston, MA 02110-1112<br>(617) 951-2800 |
| April 19, 2005 | April 19, 2005 |

L:\7398\043\Pld\10 (Stipulation of Dismissal).doc